IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNIFER OLSON, | : |
| Plaintiff, | : |
| v. | : |
| BANK OF AMERICA CORPORATION, | : C.A. No.: 05 CA 12181MEL |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for and on behalf of all of the parties in the above-entitled action, that this action, including all asserted and potential claims, is hereby dismissed with prejudice, without costs to any of the parties as against any of the other parties and with no rights to appeal.

Respectfully submitted,

_____
Stephen T. Fanning, Esq.
Attorney for Plaintiff
The Law Offices of Stephen Thomas Fanning
350 South Main Street
Providence, RI 02903
Telephone: (401) 272-8250

Dated: July ___, 2007
Aug. 3

_____
Gina D. Wodarski, Esq.
Attorney for Defendant
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 439-4444

Dated: August 14, 2007

PRV_591640_1.DOC/EHOWELL

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JENNIFER OLSON, | : | |
| **Plaintiff,** | : | |
| v. | : | |
| BANK OF AMERICA CORPORATION, | : | C.A. No.:  05 CA 12181MEL |
| **Defendant.** | : | |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2007, it is hereby ORDERED that, upon the Stipulation of Dismissal of the parties, all claims of Plaintiff are dismissed with prejudice to the Plaintiff, each party to bear its own costs and fees as to such claims, and that this Court retains jurisdiction of this matter for purposes of interpreting and enforcing any settlement agreement between the parties.

_____
UNITED STATES DISTRICT JUDGE